TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 8-14-10

CASE: JOHN R. SCHULER

DOCKET #: 98-16537-B

FILED AUG 17 2010 BANKRUPTCY COURT BUFFALO, N.Y.

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

( ) Other  Cks issued not cashed 90 dys

$84.64 P/C 17 American Express Centurion Bank Option Card c/o Becket a Lee
                                                              MALVERN PA 19355-0701

$449.63 P/C 6 Chase Manhattan Bk 100 Duffy Av Hicksville N.Y. 11801

$77.03 P/C 39 Bison Ford Truck Sales POB 201 2370 Walden Av
                                                  Bflo N.Y. 14225-0201

$611.30